**Order entered March 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00613-CV

**ENVISION REALTY GROUP, LLC AND JACKSON POTTER, AND THEIR ATTORNEY DAVID J. POTTER, Appellants**

**V.**

**CHUAN C. CHEN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16534-G**

## ORDER

Before the Court is Appellants' unopposed motion to extend time to file reply brief. We

**GRANT** the motion. Appellants' reply brief shall be filed **by April 1, 2019**.

/s/      BILL WHITEHILL
         JUSTICE